■ ROGER G. CRUMB, Appellant, v CLYDE B. RODGERS, Respondent. [652 NYS2d 558] —Motion for stay denied. Memorandum: Because no proceedings are necessary to enforce the order entered September 12, 1996, a stay is not available under

CPLR 5519 (c). The order of County Court entered November 12, 1996 in a separate proceeding involving the parties is not appealable (*see*, CPLR 5703 [b]). Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ. (Filed Dec. 27, 1996.)